HENRY F. GEARNS, Appellant, *v.* COMMERCIAL CABLE COMPANY, Respondent.

Submitted July 19, 1944; decided July 19, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 105.)